

FILED

02/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0607

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0607

SHAWN SMAAGE,

   Petitioner and Appellant,

v.

STATE OF MONTANA,

   Respondent and Appellee.

FILED

FEB 0 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Shawn Smaage has filed a Petition for Rehearing of this Court's December 14, 2021 Order denying his petition for an out-of-time appeal of his 2015 DUI conviction.

Smaage contends that M. R. App. P. 4(6) is "a mere rule" and by-passes U.S. Supreme Court precedent, namely *Roe v. Flores-Ortega*, 528 U.S. 470, 120 S. Ct. 1029 (2000). He again argues his trial counsel abandoned him by not filing an appeal.

This Court did not overlook a material fact in our prior order, which does not conflict with federal law. Smaage misinterprets *Flores-Ortega*. The high court's decision in *Flores-Ortega* concerned habeas corpus relief and the need for Flores-Ortega to only show that his counsel's failure to file a notice of appeal was without his consent. *Flores-Ortega*, 528 U.S. at 484, 120 S. Ct. at 1038-39. However, nothing in that decision conflict with this Court's use of the Montana Rules of Appellate Procedure in assessing out-of-time appeals. M. R. App. P. 20(1)(a)(i) and (iii). As noted in our previous order, Smaage has litigated frequently and is now attempting to appeal a judgment entered seven years ago. While Smaage claims his counsel abandoned him, nothing prohibited Smaage from seeking an appeal or at least raising the issue at or near the time of his conviction, or during the years he was pursuing other cases in this Court.

Smaage is not entitled to rehearing pursuant to M. R. App. P. 20(1). Therefore,

IT IS ORDERED that the Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Shawn Smaage personally.

DATED this 1st day of February, 2022.

_____

_____

_____

_____

_____
Justices

2